UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CRAVE INNOVATIONS, INC.,

                  **Plaintiff,**

    -against-

COTR, INC.,

                  **Defendant.**

------------------------------------------------------------------X

22-CV-10837 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2023

**SARAH NETBURN, United States Magistrate Judge:**

    The parties have informed the Court that they have been unable to finalize the terms of a settlement. Accordingly, the parties are reminded they must comply with deadlines set forth in the scheduling order at ECF No. 31.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 31, 2023
               New York, New York